UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROE JB 65,<br><br>          Plaintiff,<br><br>v.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al.,<br><br>          Defendants. | Case No.: 24-cv-02349-AJB-MSB<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND STAY OF PROCEEDINGS**<br><br>**(Doc. No. 53)** |

   Before the Court is the parties' joint motion to extend stay of proceedings for purposes of finalizing settlement. (Doc. No. 53.) After reaching settlement in principle at private mediation, the parties signed the settlement agreement on July 16, 2025. (*Id.* at 2.) Defendants are in the process of issuing the settlement payment. (*Id.*) As such, the parties request the Court extend the stay until September 26, 2025, by which date the parties intend to file a joint motion for dismissal of the action. (*Id.*)

   Good cause appearing, the Court **GRANTS** the parties joint motion and **STAYS** the instant action until <u>**September 26, 2025**</u>. The Settlement Disposition Conference before Magistrate Judge Michael S. Berg is **VACATED**. The parties are directed to file either a

joint status report or a joint motion for dismissal of the action **no later than September 26, 2025**.

     **IT IS SO ORDERED.**

Dated: July 30, 2025

                                               *[signature]*
Hon. Anthony J. Battaglia
United States District Judge